No. —, Original. ILLINOIS v. WISCONSIN ET AL. The motion for leave to file bill of complaint is denied. *Massachusetts* v. *Missouri*, 308 U. S. 1. *George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for complainant. *John E. Martin*, Attorney General of Wisconsin, and *George I. Haight* for defendants.

No. 722. LOVELADY v. TEXAS. Writ of certiorari, *ante*, p. 867, to the Court of Criminal Appeals of Texas dismissed on motion of counsel for the petitioner. *Sam W. Davis* for petitioner.

No. 381, Misc. CASTLEMAN v. OVERHOLSER;
No. 404, Misc. SWEET v. HOWARD, WARDEN; and
No. 406, Misc. EX PARTE FEBRE. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 391, Misc. BARNETT v. DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF MASSACHUSETTS. The motion for leave to file petition for writ of mandamus is denied.

No. 407, Misc. IN RE BLUME. Petition denied.

No. 432, Misc. MURRAY v. MISSISSIPPI. The stay order entered March 29, 1948, *ante*, p. 859, is vacated.

Nos. 593 and 594. WOLF v. COLORADO. Supreme Court of Colorado. Certiorari granted. *Philip Hornbein, Jr.* for petitioner. *H. Lawrence Hinkley*, Attorney General of Colorado, for respondent.